1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com

6  Attorneys for Plaintiff
   DAVID ARTEAGA

7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ARTEAGA | Case No.: 2:14-cv-01729-JCM-CWH |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

21  Plaintiff David Arteaga respectfully requests that the Court grant this
22  unopposed motion to extend the deadline for plaintiff to file his motion for remand
23  and/or reversal from February 27, 2015, to and including April 28, 2015, with all
24  other dates in the Court's scheduling order extended accordingly.
25  ///
26  ///

-1-

1  This is Plaintiff's first request for an extension. Plaintiff David Arteaga has
2  advised counsel that he wishes to proceed with new counsel.  On Mr. Arteaga's
3  behalf, counsel respectfully requests the granting of this unopposed motion for the
4  proper briefing of this matter.  This request is made in good faith with no intention
5  to unduly delay the proceedings.  Counsel has conferred with defendant's counsel
6  who had no opposition to this motion.

7  DATE: February 27, 2015          Respectfully submitted,

8                                               ROHLFING & KALAGIAN, LLP

9                                         /s/ *Marc V. Kalagian*

10                             BY: _____

11                                 Marc V. Kalagian
                                   Attorney for plaintiff Mr. David Arteaga

12                              **ORDER**

13

14 IT IS SO ORDERED:  _____

15                               UNITED STATES MAGISTRATE JUDGE

16

17 DATED:  March 2, 2015

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:14-cv-01729-JCM-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 27, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian

Attorneys for Plaintiff